UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PABLO PADILLA-SANTOS, | ) | |
| Movant, | ) ) ) | |
| vs. | ) | 1:11-cv-029-SEB-DKL |
| UNITED STATES OF AMERICA. | ) ) ) | CA #11-3327 |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis*
and Motion for Certificate of Appealability**

**I.**

The movant seeks leave to proceed on appeal without prepayment of the appellate fees of $455.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*. There is no objectively reasonable argument the movant could present to argue that the disposition of this action was erroneous. In pursuing an appeal, therefore, the movant "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [12] is **denied.**

**II.**

The court **denies** the movant's motion for a certificate of appealability [12] for the same reasons set forth in Part II of the Entry of September 21, 2011.

**IT IS SO ORDERED.**

Date: 10/14/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Pablo Padilla-Santos
No. 09104-028
Yazoo City Low Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5000
Yazoo City, MS 39194